IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lisa Ann Blakeney,            ) | C/A No.: 1:14-1681-TMC-SVH |
|                               ) | |
| Petitioner,    ) | |
|                               ) | |
| vs.                           ) | ORDER |
|                               ) | |
| Warden Angela Rawski,         ) | |
|                               ) | |
| Respondent.   ) | |
|                               ) | |

Petitioner, proceeding pro se, brought this action pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment on July 14, 2014. [Entry #12]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on July 15, 2014, advising her of the importance of a motion for summary judgment and of the need for her to file an adequate response. [Entry #14]. Petitioner was specifically advised that if she failed to respond adequately by August 18, 2014, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action. Based on the foregoing, it is ordered that Petitioner shall advise the court as to whether she wishes to continue with this case and to file a response to Respondent's motion for summary judgment by September 17, 2014. Petitioner is further advised that if she fails to respond,

this action will be recommended for dismissal with prejudice for failure to prosecute. *See*

*Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*/s/ Shiva V. Hodges*

August 19, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge